IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TCYK, LLC, | ) |
|     *Plaintiff,* | ) ) ) |
| v. | )   Case No.: 3:13-cv-00074 |
| DOES 1-18. | ) ) |
|     *Defendants.* | ) ) ) |

## PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff TCYK, LLC hereby *Dismisses Without Prejudice* its claims against Defendant Doe #7, also identified in the Complaint by IP: 198.40.226.235 in this action.

Dated: December 5, 2013    Respectfully submitted,

                                       /s/ Jay R. Hamilton
                                  JAY R. HAMILTON
                                  CHARLES A. DAMSCHEN
                                  HAMILTON IP LAW, PC
                                  201 W. 2nd Street, Suite 400
                                  Davenport, IA 52801
                                  Tel: (563)441-0207
                                  Fax: (563) 823-4637

                                  **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiff's *Dismissal Without Prejudice* was filed electronically on December 5, 2013.  Notice of this filing will be sent to all parties by operation of the electronic filing system.  Parties may access this filing through the Court's system.

       /s/  Jay R. Hamilton
One of the Attorneys for
TCYK, LLC